**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Cameron Dameon COMBS, also known as Cameron Damon Combs, Defendant–Appellant.**

No. 03–50527.

Summary Calendar

United States Court of Appeals, Fifth Circuit.

Dec. 30, 2003.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Walter Mabry Reaves, Jr., Law Offices of Walter Reaves, West, TX, for Defendant–Appellant.

Before REAVLEY, JONES and PRADO, Circuit Judges.

PER CURIAM.*

Cameron Dameon Combs appeals his conviction for possession of a firearm by a felon. He argues that the evidence was not sufficient for a reasonable trier of fact to find beyond a reasonable doubt that he possessed the firearm found in his vehicle. However, Combs told police shortly after his arrest that the gun was inoperable, revealing that he was intimately familiar with the weapon. Viewing the evidence in the light most favorable to the verdict, a reasonable trier of fact could have found that the evidence established beyond a reasonable doubt that Combs had been convicted of a felony and that he was in possession of a firearm that had a nexus with interstate commerce. Thus, the evidence was sufficient to sustain his conviction. *See United States v. Ortega Reyna,* 148 F.3d 540, 543 (5th Cir.1998); 18 U.S.C. § 922(g)(1).

Combs's conviction is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.